UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CUEVA, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-2231-JAM-JDP (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2021, are adopted in full;

2. All claims other than plaintiff's First Amendment retaliation and Eighth Amendment sexual assault claims against defendant Montejo are dismissed without prejudice;

3. Plaintiff's motions for injunctive relief, ECF Nos. 10 & 13, are denied; and

4. The matter is referred back to Magistrate Judge Jeremy D. Peterson to direct service on defendant Montejo.

DATED: May 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE