UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>            Plaintiff,<br><br>      v.<br><br>EUSEBIO MONTEJO,<br><br>            Defendant. | Case No.  2:20-cv-02231-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 29 |

   Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. §1983.  On November 2, 2021, defendant filed a motion to opt out of the court's alternative dispute resolution program.  ECF No. 29.

   Good cause appearing, it is hereby ORDERED that defendant's motion, ECF No. 29, is granted, and the stay entered October 4, 2021 is lifted.

IT IS SO ORDERED.

Dated:    November 3, 2021                                   _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE