1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    **DOVIE DEWDROP LEEN,**              Case No. 2:20-cv-02231-JAM-JDP (PC)

13                              Plaintiff,    ~~**[PROPOSED]**~~ **ORDER**

14           **v.**

15

16    **E. MONTEJO,**

17                              Defendant.

18

19        Good cause appearing, Defendant's Motion to Modify the Discovery and Scheduling Order

20    is granted.  Dispositive motions shall be filed on or before September 16, 2022.  The Court's

21    November 3, 2021 Discovery and Scheduling Order (ECF No. 31) remains the same in all other

22    respects.

23

24    IT IS SO ORDERED.

25

26    Dated:   __July 11, 2022__              _____

27                                            JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE

28