PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendant
EUSEBIO MONTEJO, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOVIE DEWDROP LEEN, <br><br> Plaintiff, <br><br> vs. <br><br> E. MONTEJO, <br><br> Defendant. | Case No. 2:20-cv-02231-JAM-JDP <br><br> **[PROPOSED]** ORDER ON DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |

Good cause appearing, Defendant's Motion to Modify the Discovery and Scheduling Order is granted. Dispositive motions shall be filed on or before December 15, 2022. The Court's November 3, 2021 Discovery and Scheduling Order (ECF No. 31) remains the same in all other respects.

IT IS SO ORDERED.

Dated:   October 6, 2022                             _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE