UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUEVA, *et al.*,<br><br>　　　　Defendants. | Case No.  2:20-cv-02231-DAD-JDP (PC)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>MARCH 7, 2024 AT 10:00 A.M. |

　　　Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  Motion practice has concluded, and plaintiff's Eighth Amendment sexual assault claim remains against defendant Montejo.  The court will hold a status conference on March 7, 2024, at 10:00 a.m.  The parties should be prepared to discuss whether they are interested in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution.

　　　Accordingly, it is hereby ORDERED that the court will hold a status conference by Zoom on March 7, 2024, at 10:00 a.m. to discuss the matters identified above.

1

IT IS SO ORDERED.

Dated:   February 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE