UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CUEVA, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-02231-DAD-JDP (PC)<br><br>**ORDER**<br><br>DISREGARDING PLAINTIFF'S FILING AND DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE FILING<br><br>ECF No. 48 |

      Plaintiff has filed a document titled "request for admissions." ECF No. 48. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for admissions, ECF No. 48, is disregarded.

      2. The Clerk of Court is directed to make a one-time custody copy of plaintiff's filing at ECF No. 48 and serve it, along with this order, on plaintiff.

IT IS SO ORDERED.

Dated: __February 7, 2024__      _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE