UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>   Plaintiff,<br><br>   v.<br><br>MONTEJO,<br><br>   Defendant. | Case No. 2:20-cv-2231-JDP (P)<br><br>ORDER |

   Plaintiff, a state prisoner, is proceeding pro se in this civil rights action seeking relief under 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff is warranted. Justin A. Palmer has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Justin A. Palmer is appointed as plaintiff's counsel in the above titled matter.

   2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

   3. The Clerk of Court is directed to serve a copy of this order on Justin A. Palmer, Justin Palmer Law Group APC, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

1

IT IS SO ORDERED.

Dated:   November 5, 2024    
                                        JEREMY D. PETERSON  
                                        UNITED STATES MAGISTRATE JUDGE

2