**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DOVIE DEWDROP LEEN,
        Plaintiff,

v.

MONTEJO,
        Defendant.

Case No. 2:20-cv-2231-JDP (P)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Dovie Dewdrop Leen, CDCR No. P-98976, a necessary and material witness in proceedings in this case on April 8, 2025, is confined in Richard J. Donovan Correctional Facility, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before Magistrate Judge Jeremy D. Peterson, 13th Floor, Courtroom 9, United States District Courthouse, 501 I Street, Sacramento, California on April 8, 2025, at 9:00 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   March 11, 2025

                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE