JUSTIN PALMER LAW GROUP, APC
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone (562) 304-5200

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>    Plaintiff,<br>vs.<br><br>E. MONTEJO,<br><br>    Defendant. | Case No. 2:20-cv-2231-JDP<br>*Assigned to Hon. Jeremy D. Peterson, Dep. 9*<br><br>**ORDER ON JOINT STIPULATION FOR THE DISMISSAL OF ACTION** |

In light of the stipulation among the parties and the resolution of this matter as described therein, the entire action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). All parties are to bear their own costs arising out of this dismissal.

IT IS SO ORDERED.

Dated:   April 16, 2025                           _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE

20cv2231.o.0416.P stip dismissal.hg          1

**~~PROPOSED~~ ORDER**